UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIAM MARTINEZ-LUNA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VENNA R. MAMIDI, et al.,<br><br>Defendants. | No. 1:25-cv-00433-JLT-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 7) |

On April 23, 2025, the appearing parties filed a joint stipulation dismissing the action without prejudice. (Doc. 7.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **April 24, 2025**                             /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE