1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**EASTERN DISTRICT OF CALIFORNIA**

7
8

LIAM MARTINEZ-LUNA, a minor, by and
through his Guardian ad Litem, Jasmine
Martinez-Sahagun, JASMINE MARTINEZ-
SAHAGUN, and EDWARD SALINAS-LUNA

No.: 1:25-cv-00433-KES-SKO

9
10

**ORDER ON STIPULATION TO REMAND**

Plaintiffs,

11

(Doc. 9)

12

vs.

13

KAWEAH DELTA HEALTHCARE DISTRICT
DBA KAWEAH HEALTH MEDICAL
CENTER, VEENA R. MAMIDI, M.D., FAMILY
HEALTHCARE NETWORK, INC., ROBERT
MICHAEL AYER, M.D., and DOES 1
THROUGH 300, inclusive,

14
15
16

Defendants.

17
18
19

In light of the parties' stipulation for order to remand, Doc. 9, IT IS HEREBY ORDERED:

20

1. This action is REMANDED to the Superior Court in and for Tulare County, Case

21

No. VCU317930;

22

2. The Clerk of Court shall mail a copy of this order to the clerk of the Tulare County Superior

23

Court; and

24

3. The Clerk of Court is directed to close this case.

25
26
27

IT IS SO ORDERED.

28

Dated:   May 14, 2025

UNITED STATES DISTRICT JUDGE

– 1 –